# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ERIC T. MANN  
7405 RANDY ROAD  
MACHESNEY PARK, IL  61115  

SSN-xxx-xx-4294

Case Number: 07-72950

Case filed on: 12/4/2007  
Plan Confirmed on: 3/14/2008  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan:  $550.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 504.51 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 504.51 | 0.00 |
| 999 | ERIC T. MANN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EMC MORTGAGE | 7,213.25 | 0.00 | 0.00 | 0.00 |
| 003 | KYLE JENSEN | 400.00 | 400.00 | 0.00 | 0.00 |
| 017 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,613.25 | 400.00 | 0.00 | 0.00 |
| 002 | FAA FIRST FEDERAL CREDIT UNION | 15,522.64 | 15,522.64 | 0.00 | 0.00 |
| 004 | COMED CO | 1,108.76 | 1,108.76 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 444.17 | 444.17 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FAA FIRST FEDERAL CREDIT UNION | 15,522.64 | 0.00 | 0.00 | 0.00 |
| 009 | K.C.A. FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 501.97 | 501.97 | 0.00 | 0.00 |
| 013 | PINNACLE FINANCIAL GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 5,193.63 | 5,193.63 | 0.00 | 0.00 |
| 015 | SPRINT NEXTEL - DISTRIBUTION | 238.66 | 238.66 | 0.00 | 0.00 |
| 016 | WILLIAMS & FUDGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DIANNA PRICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 38,532.47 | 23,009.83 | 0.00 | 0.00 |
|  | Grand Total: | 49,145.72 | 26,409.83 | 504.51 | 0.00 |

Total Paid Claimant:       $504.51  
Trustee Allowance:         $45.49  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008           By  /s/Heather M. Fagan